**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| OSCAR C. DANTZLER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLOTTE H. FOSTER, *Individually and in her Capacity as Judge for Division (B) through the 21st Judicial District Court for the Parish of Livingston and their agents*, *et al.,*<br><br>　　　　　　　　Defendants. | Case No. 24-cv-1322 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants Dykes and Foster's motion to dismiss, ECF 9, is **GRANTED**, and this case is **DISMISSED** with respect to all Defendants. It is further **ORDERED** that Plaintiff's motion to transfer, ECF 7, is **DENIED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: March 27, 2026

1